USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BM SHIPPING CO. LTD.,

                Plaintiff,

-v-

SUN EXPRESS CORPORATION a/k/a SUN EXPRESS,

                Defendant.

No. 08 Civ. 2349 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that plaintiff's request for a ninety-day adjournment of the status conference previously scheduled for July 8, 2008 is DENIED. All parties in the above-entitled action shall appear for a status conference on that date in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that plaintiff shall serve a copy of this Order on defendant and electronically file proof of service with the Court.

SO ORDERED.

Dated:    New York, New York
            July 2, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE