UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BM SHIPPING CO. LTD.,

                   Plaintiff,

- against -

SUN EXPRESS CORPORATION a/k/a SUN EXPRESS,

                   Defendant.
------------------------------------------------------------X

08 Civ. 2349 (RJS)

ECF CASE

**AFFIRMATION OF SERVICE**

State of Connecticut  )
                              )  ss:  Town of Southport
County of Fairfield    )

     NANCY R. PETERSON, having been duly sworn, deposes and states the following under oath:

     1.     I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

     2.     Service of the Court's Order dated July 2, 2008 was made on the Defendant Sun Express Corporation by express courier (DHL) and facsimile on July 2, 2008 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Dated: Southport, CT
           July 3, 2008

                                                   _____
                                                   Nancy R. Peterson

Sworn to and subscribed before me this
3rd day of July 2008.

_____
Commissioner of the Superior Court